■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANN MARIE GAVIN, Appellant.—Appeal by the defendant from an amended judgment of the County Court, Westchester County (Cowhey, J.), rendered June 26, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg, 74 NY2d 1)*. Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.